NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN L. CUFFIE,                              )
                                             )
          Appellant,                         )
                                             )
v.                                           )     Case No. 2D17-3490
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
                                             )
_____  )

Opinion filed May 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Brian L. Cuffie, pro se.

PER CURIAM.

          Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.